**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA ANN GORDON, <br><br> Plaintiff(s) <br><br> v. <br><br> CAPITAL ONE, N.A., et al., <br><br> Defendant(s) | CASE NUMBER <br><br> 2:26-cv-02034-AB-SSC <br><br><br> (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:

Experian Information Solutions, Inc. ☐ Plaintiff ☒ Defendant ☐ Other _____
_Name of Party_

☒ to substitute Sumit Kapur _____ who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

520 Broadway, Suite 500 _____

Santa Monica, CA 90401 _____  _Street Address_  skapur@goodwinlaw.com _____
_City, State, Zip_ _E-Mail Address_

(424) 436-3024 _____  _____  359515 _____
_Telephone Number_ _Fax Number_ _State Bar Number_

as attorney of record instead of JoeAl Akobian _____
_List **all** attorneys from same firm or agency who are withdrawing._

_____

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of [_____]
_List **all** attorneys from same firm or agency who are withdrawing._

[_____]

to withdraw as attorney of record for [_____]

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  May 21, 2026 _____

_____
U.S. District Judge/U.S. Magistrate Judge