Sumit Kapur (State Bar No. 359515)
GOODWIN PROCTER LLP
520 Broadway, Suite 500
Santa Monica, CA  90401
(424) 436-3024

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Ann Gordon<br><br><br>v.<br><br>Capital One, N.A., et al. | CASE NUMBER:<br><br>2:26-cv-02034-AB-SSC<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

Plaintiff(s)

Defendant(s).

*NOTE:  This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that ____Frank Kaplan____ may serve as the Panel Mediator in the above-captioned case. ____Sumit Kapur____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours.  All parties and the Panel Mediator have agreed that the mediation will be held on ____before 5/28/2027____ and counsel will submit mediation statements seven calendar days
(Date)
before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: June 29, 2026                    /s/ Andrei Armas

Attorney For Plaintiff    Patricia Ann Gordon

Dated: June 29, 2026                    /s/ Kay Fitz-Patrick

Attorney For Defendant    Capital One, N.A.

Dated: June 29, 2026                    /s/ Sumit Kapur

Attorney For Defendant    Experian Information Solutions, Inc.

Dated: June 29, 2026                    /s/ Heliane Fabian

Attorney For Defendant    Equifax Information Services LLC

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)                    **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**